IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK ALAN SANDS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV152 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court sua sponte. Plaintiff has his complaint filed herein on April 7, 2005. There is no showing that service of a summons and complaint has been made on the defendant.

IT IS ORDERED:

Pursuant to Fed. R. Civ. P. 4(m), plaintiff shall have until **on or before October 11, 2005,** to show cause why this action should not be dismissed without prejudice.

DATED this 21st day of September, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge